## 34790. CANADA v. CANADA.

JORDAN, Justice.

The parties in this action were divorced in June, 1977. Appellant, Robert Canada, was ordered to pay his former wife $300 per month as alimony and $200 per month as child support. In August, 1978, appellant filed a complaint for modification of those payments on the grounds that there had been a substantial change in the financial status of both parties since the time the final judgment was rendered. After a full hearing, the trial court reduced appellant's alimony payments by $50 per month.

1. Appellant contends that Georgia's alimony statutes are unconstitutional. This issue cannot be raised for the first time on appeal. *Kosikowski v. Kosikowski,* 243 Ga. 413 (254 SE2d 363) (1979).

2. Our review of the evidence supports the trial court's discretion in refusing to totally abrogate appellant's alimony obligation. *Trippe v. Trippe,* 237 Ga. 159 (227 SE2d 46) (1976).

*Judgment affirmed. All the Justices concur.*

ARGUED MAY 14, 1979 — DECIDED MAY 31, 1979.

*Daniel C. B. Levy,* for appellant.
*Lawrence B. Custer, R. Patrick White,* for appellee.